Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
District of

Division

FILED
U.S. DISTRICT
AUGUSTA DIV.
2022 JUN 13 P 12: 10
CLERK M. Akin
SO. DIST. OF GA.

Barbara Sanon Allen

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

TSAY Professional Sevice

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)  Case No. CV122- 072
)  *(to be filled in by the Clerk's Office)*
)
)
)  Jury Trial: *(check one)*  ☒ Yes  ☐ No
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Barbara Sanon Allen |
   | Street Address | 2842 Conniston Dr |
   | City and County | Hephzibah |
   | State and Zip Code | Georgia 30815 |
   | Telephone Number | 706-627-2008 |
   | E-mail Address | sanonallen@yahoo.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name                         _____
    Job or Title *(if known)*    _____
    Street Address               _____
    City and County              _____
    State and Zip Code           _____
    Telephone Number             _____
    E-mail Address *(if known)*  _____

Defendant No. 2
    Name                         _____
    Job or Title *(if known)*    _____
    Street Address               _____
    City and County              _____
    State and Zip Code           _____
    Telephone Number             _____
    E-mail Address *(if known)*  _____

Defendant No. 3
    Name                         _____
    Job or Title *(if known)*    _____
    Street Address               _____
    City and County              _____
    State and Zip Code           _____
    Telephone Number             _____
    E-mail Address *(if known)*  _____

Defendant No. 4
    Name                         _____
    Job or Title *(if known)*    _____
    Street Address               _____
    City and County              _____
    State and Zip Code           _____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Telephone Number  
E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | TSAY Professional Sevice |
| Street Address | 1424 Deborah Rd. SE Suite 106 |
| City and County | Rio Rancho |
| State and Zip Code | NM 87124 |
| Telephone Number | 505-747-5685 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒  Other federal law *(specify the federal law)*:

hostil work environment and retaliation:Mikita Walker physically restrained me in my seat in my office as she aggressively put her hand in my face yelling a cussing at me. James Bradford secured the doorway by closing it and standing guard as Ms. Walker attack me in the office. I was only able to get her off of me when I called for help on my cell phone. Ms. Walker jumped back and I was able to get up run to the door, open it and run pass James Bradford. I ran to get help from the union steward, Ms. Tolbert, who later witness Ms. Walker' behavior. TSAY Professional Services local HR and Corporate HR were made aware of Ms. Walker's actions and behavior toward me.

Larry Cahill (project manager) and Douglas Wahlert (assistant project manager) asked me to mover my work station from the warehouse, where I was attacked, to the administrative office where they stated I would be in a safe place. Within 2 weeks of being at my new work station I was asked several time did I feel safe and did I like being in a safe environment. I was then approached by Larry Cahill and Doug Wahlert asking me to drop the charges against the company or I would have go back to the warehouse. They tried to pressure me into dropping the complaint/ grievance but I told them that nothing was done about Ms. Walker's behavior so therefore I did not want to dope them. They got very upset and told me that Kelly Bouska from corporate said that if I did not drop the grievance I was no longer able to stay at my current location, so I better call Ms. Tolbert right then and drop it right now. I refused to so Larry

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☐ Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.   I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

| | | |
|---|---|---|
| ☐ | race | _____ |
| ☐ | color | _____ |
| ☐ | gender/sex | _____ |
| ☒ | religion | Mikita walker instinctually made fun of my religion and mock me to get a reaction out of me and to discredit me in the presence of my coworkers. She is aware of me being Catholic because she has asked me what church I attended. She told me she was not a member of a church and was looking for a church. Once I told her that I attended St. Joseph and it was a Catholic church, she quickly expressed objections towards it. I did not take much offence to it than because I just thought she just did not want to go against her own faith. When she made fun of me at a meeting with the union steward and my coworker. She made the sign of the cross several times while bowing and laughing, saying that she bet I was prayer about the situations at work. That is when I realized all the other conversations about church functions with my other coworkers were to exclude me and undermined my region. |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| ☒ | national origin | Mikita Walker constantly made fun off my food. If she was in the area during lunch, she would make it a point to comment on what I was having for lunch. She was say it loud enough for my coworker to hear. She would say you always eating chicken. She would say how nasty it was to eat reheat chicken. If I was in my office eating my food she would come in and say that dam chicken salad or chicken and rice. If I was walking to the microwave she would shout out from her office making those same statements. I thought it was the chicken she didn't like but when I brought so salmon patties she had derogatory statements about that too. She started asking Dorothy McGahee that was not what you eat salmon cake with it. She said that black people eat them with grits, again leaving me embarrassed of my meal.  It got to the point where I was too uncomfortable to eat my lunch in the warehouse so I started eating in my car. Mikita Walker and my coworker had several conversations about Haitians being republicans and were the reason Trump made it into office.  My coworker, Dorothy McGahee, even asked me in front of Walker, trying to prove her cast, was Haitians all republicans and are Trump supporters.  Ms. Walker has humiliated me several time in the presence of my coworkers for her personal amusement. |
| ☐ | age *(year of birth)* | *(only when asserting a claim of age discrimination.)* |
| ☐ | disability or perceived disability *(specify disability)* | |

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    B.    The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☒ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/13/22

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Barbara Sanon Allen

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address